IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


JOSEPH MICHAEL GRIFFITH,
                    Petitioner,
          v.                                    **Judgment in a Civil Case**
SIDNEY HARKLEROAD,
                    Respondent.                 Case Number: 5:10-HC-2048-D


**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for
consideration of the respondent's motion for summary judgment.


**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted
and this action is hereby dismissed.

This Judgment Filed and Entered on December 8, 2011, with service on:
Joseph Michael Griffith 0726310, Bertie Correctional Institution, P.O. Box 129, Windsor, NC
27983 (via U.S. Mail)
Mary Carla Hollis (via CM/ECF Notice of Electronic Filing)




December 8, 2011                         /s/ Dennis P. Iavarone
                                        ─────────────────────────
                                         Clerk



Raleigh, North Carolina